Certificate Number: 12433-PAE-DE-033420287

Bankruptcy Case Number: 19-14896



12433-PAE-DE-033420287

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 16, 2019, at 6:56 o'clock PM EDT, Amanda K. Joas completed a course on personal financial management given by internet by Solid Start Financial Education Services, LLC, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 16, 2019

By:  /s/Lisa Susoev

Name:  Lisa Susoev

Title:  Teacher