UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>    AMANDA K. JOAS<br><br>        Debtor | Chapter 13<br>Bankruptcy No.19-14896-ELF |

CERTIFICATE OF SERVICE

I, Deborah A. Earnshaw, do hereby certify that a true and correct copy of the foregoing

*Objection of Chapter 13 Trustee to Confirmation of the plan of Debtor* filed in the

above-referenced case has been served this 3rd day of December, 2019, by first class mail upon

those listed below:

AMANDA K. JOAS
326 PENNSYLVANIA AVENUE
BANGOR, PA  18013

**Electronically via CM/ECF System Only:**

VINCENT RUBINO ESQ
NEWMAN WILLIAMS MISHKIN
712 MONROE STREET PO BOX 511
STROUDSBURG, PA  18360-0511


                                                                    */s/ Deborah A. Earnshaw*
                                                                    Deborah A. Earnshaw
                                                                    for
                                                                    Scott F. Waterman, Esquire
                                                                    Standing Chapter 13 Trustee