IN THE UNITED STATES BANKRUPTCY COURT
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **AMANDA K. JOAS**, | : | |
| aka Amanda Katherine Joas, | : | Bankruptcy No.19-14896-pmm |
| aka Amanda Joas, | : | |
| Debtor | : | |

**ORDER GRANTING APPLICATION**
**FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Application for Compensation and Reimbursement of Expenses is GRANTED.  It is further **ORDERED** that Compensation and Reimbursement requested by the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor be and is hereby APPROVED, and Compensation of $3,500.00 is hereby awarded to Attorneys for Debtor as an administrative expense claim.  The Chapter 13 Trustee is hereby authorized to distribute $3,500.00 to NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C., pursuant to the terms of the confirmed Plan.

_Patricia M. Mayer_
_____

DATED: 4/10/20

Hon. Patricia M. Mayer
Bankruptcy Judge