United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                                  Case No. 19-14896-pmm
Amanda K. Joas                                                                          Chapter 13
      Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4            User: Antoinett            Page 1 of 1            Date Rcvd: Apr 10, 2020
                                Form ID: pdf900            Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 12, 2020.
db             +Amanda K. Joas,    326 Pennsylvania Avenue,    Bangor, PA 18013-1927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                                     TOTAL: 0

      ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                     TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 12, 2020                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 10, 2020 at the address(es) listed below:
      KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
       bkgroup@kmllawgroup.com
      SCOTT F. WATERMAN (Chapter 13)    ECFMail@ReadingCh13.com
      SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
   ECFMail@ReadingCh13.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      VINCENT RUBINO    on behalf of Debtor Amanda K. Joas vrubino@newmanwilliams.com,
   mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com
                                                                                                                TOTAL: 5

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **AMANDA K. JOAS**, | : | |
| aka Amanda Katherine Joas, | : | Bankruptcy No.19-14896-pmm |
| aka Amanda Joas, | : | |
| Debtor | : | |

## ORDER GRANTING APPLICATION
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Application for Compensation and Reimbursement of Expenses is GRANTED. It is further **ORDERED** that Compensation and Reimbursement requested by the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor be and is hereby APPROVED, and Compensation of $3,500.00 is hereby awarded to Attorneys for Debtor as an administrative expense claim. The Chapter 13 Trustee is hereby authorized to distribute $3,500.00 to NEWMAN, WILLIAMS, MISHKIN, CORVELEYN, WOLFE & FARERI, P.C., pursuant to the terms of the confirmed Plan.

DATED: 4/10/20

Hon. Patricia M. Mayer
Bankruptcy Judge