United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                    Case No. 19-14896-pmm
Amanda K. Joas                                                            Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-4        User: Antoinett        Page 1 of 1                Date Rcvd: Aug 05, 2020
                            Form ID: pdf900        Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 07, 2020.
db             +Amanda K. Joas,    326 Pennsylvania Avenue,    Bangor, PA 18013-1927

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 07, 2020                                  Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 5, 2020 at the address(es) listed below:
              JASON BRETT SCHWARTZ    on behalf of Creditor    Capital One Auto Finance, a division of Capital
               One, N.A. jschwartz@mesterschwartz.com
              KEVIN G. MCDONALD    on behalf of Creditor    PENNSYLVANIA HOUSING FINANCE AGENCY
               bkgroup@kmllawgroup.com
              ROBERT JOSEPH KIDWELL    on behalf of Debtor Amanda K. Joas rkidwell@newmanwilliams.com
              SCOTT F. WATERMAN (Chapter 13)     ECFMail@ReadingCh13.com
              SCOTT F. WATERMAN (Chapter 13)    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13)
               ECFMail@ReadingCh13.com
              United States Trustee     USTPRegion03.PH.ECF@usdoj.gov
              VINCENT  RUBINO    on behalf of Debtor Amanda K. Joas vrubino@newmanwilliams.com,
               mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com
                                                                                               TOTAL: 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
IN RE:                              :   Chapter 13
AMANDA K. JOAS                      :   Case No. 19-14896-PMM
a/k/a AMANDA KATHERINE JOAS         :   Consent Order Settling
a/k/a AMANDA JOAS,                  :   Capital One Auto Finance,
                                    :   a division of Capital One, N.A.'s
                    Debtor          :   Motion For Relief From The Automatic
                                    :   Stay Pursuant To 11 U.S.C. § 362
```

AND NOW, this 5th day of August, 2020, this matter having come before this Court upon application of **Capital One Auto Finance, a division of Capital One, N.A.** (hereinafter referred to as *"COAF"*), a secured creditor of the above-named Debtor, by its counsel, for relief from the automatic stay pursuant to 11 U.S.C. § 362;

AND it appearing that Debtor, *Amanda K. Joas*, through Debtor's attorney, *Robert J. Kidwell, Esquire*, have reached an agreement with regard to said Motion for Relief regarding a 2014 MAZDA Mazda3 Sedan 4D i Sport I4, V.I.N. JM1BM1U77E1122172 (the "Vehicle"), as per the terms contained in this Order;

AND, it appearing that Debtor is indebted to *COAF* on a loan which enabled Debtor to refinance said Vehicle, which loan terms are set forth in a Loan and Security Agreement (the "Contract"); and

It appearing that *COAF* is the holder of a secured claim against the Debtor and;

It appearing that the Debtor remains in arrears post-petition in the amount of $1,582.70 ($1,276.70 in post-petition arrears, plus $306.00 in attorney's fees and costs) as of July 10, 2020;

It appearing that the Debtor and *COAF* have reached an agreement to cure post-petition arrears and attorney's fees and costs, the Debtor agrees to pay *$263.79* monthly **beginning July 25, 2020** for the next **six (6)** months (with payments due on the **twenty-fifth** of each month) to cure said arrears, while making regular monthly post-petition payments (**$319.70** per the Contract) due under the Contract beginning with the **July 25, 2020** payment for a total **monthly** payment from **July 25, 2020 through December 25, 2020** of *$583.49*, wherefore,

It is hereby **ORDERED** and **DECREED** that if Debtor shall fail to make the regular monthly payment (or any portion thereof) or fail to make payment toward the curing of the arrears

as set forth above and Debtor fails to cure said default within ten (10) days after notice by *COAF* (or its counsel) of said default, counsel for *COAF* may file a Certification of Default with the Court setting forth Debtor's default and *COAF* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362), and *COAF* is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law. The Debtor shall be allowed to default and cure such default under this Consent Order one (1) time. Should Debtor default a second (2nd) time, notice of the default will be served, but the Debtor will not be granted an opportunity to cure the default and counsel for *COAF* may file a Certification of Default with the Court setting forth Debtor's default and *COAF* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362).

It is **FURTHER ORDERED** and **DECREED** that in the event Debtor converts to a bankruptcy under any Chapter other than Chapter 13 of the Bankruptcy Code then Debtor shall pay all pre-petition arrears and post-petition arrears within fifteen (15) days from the date the case is converted from Chapter 13 to any other Chapter. If Debtor fails to make payment in accordance with this paragraph then *COAF*, through Counsel, may file a certification setting forth said failure and *COAF* shall be granted immediate relief from the automatic stay provisions of Section 362 of the Bankruptcy Code (11 U.S.C. § 362) and *COAF* is then also free to proceed with exercising its rights and remedies as may be allowed under State and Federal law.

The failure by *COAF*, at any time, to file a Certification of Default upon default by the Debtor shall not be construed, nor shall such failure act, as a waiver of any of *COAF's* rights hereunder.

This Order is a supplement and in addition to the Contract and not in lieu thereof.

Facsimile signatures shall be accorded the same force and effect as an original signature, and may be submitted to the Court.

It is further Ordered that the fourteen (14) day stay provided by Rule 4001(a)(3) is hereby waived.

**Date: August 5, 2020**

BY THE COURT:

*Patricia M. Mayer*

Patricia M. Mayer
U.S. BANKRUPTCY JUDGE

Post-Petition Arrears:　　　$ 1,276.70
Counsel Fees:　　　　　　　$   306.00
*Total:*　　　　　　　　　　*$ 1,582.70*

Creditor: Capital One Auto Finance,
a division of Capital One, N.A.
By Counsel: Mester & Schwartz, P.C.

By: _____
Jason Brett Schwartz, Esquire
Mester & Schwartz, P.C.
1917 Brown Street
Philadelphia, PA 19130
(267) 909-9036

DATED: 7/20/20

Seen and agreed to -- We hereby consent to the form and entry of the foregoing Order.

Debtor: Amanda K. Joas

By Counsel for Debtor: Robert J. Kidwell, Esquire

By: _____
Robert J. Kidwell, Esquire
Newman Williams Mishkin
712 Monroe Street, P.O. Box 511
Stroudsburg, PA 18360
(570) 421-9090

DATED: 7/20/2020

Chapter 13 Trustee:

/s/ Scott F. Waterman
Scott F. Waterman, Trustee
2901 St. Lawrence Ave.
Suite 100
Reading, PA 19606
(610) 779-1313

DATED: 8/4/2020