| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2019 to 08/12/2020
### Chapter 13 Case No. 19-14896-PMM

| | |
|---|---|
| AMANDA K. JOAS | Petition Filed Date: 08/02/2019 |
| 326 PENNSYLVANIA AVENUE | 341 Hearing Date: 09/17/2019 |
| BANGOR  PA   18013 | Confirmation Date: 04/09/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 10/07/2019 | $180.00 | | 11/05/2019 | $180.00 | | 12/13/2019 | $360.00 | 25950202020 |
| 02/03/2020 | $180.00 | | 02/28/2020 | $180.00 | | 03/30/2020 | $180.00 | |
| 04/28/2020 | $180.00 | | 05/29/2020 | $180.00 | | 06/29/2020 | $180.00 | |
| 07/28/2020 | $180.00 | | | | | | | |

**Total Receipts for the Period: $1,980.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $1,980.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $3,500.00 | $1,636.38 | $1,863.62 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $6,331.58 | $0.00 | $6,331.58 |
| 2 | AMERICAN INFOSOURCE LP<br>»» 002 | Unsecured Creditors | $2,576.89 | $0.00 | $2,576.89 |
| 3 | AMERICAN INFOSOURCE LP<br>»» 003 | Unsecured Creditors | $974.66 | $0.00 | $974.66 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $481.53 | $0.00 | $481.53 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $321.51 | $0.00 | $321.51 |
| 6 | MERRICK BANK<br>»» 006 | Unsecured Creditors | $2,343.75 | $0.00 | $2,343.75 |
| 7 | US BANK NA<br>»» 007 | Unsecured Creditors | $1,587.38 | $0.00 | $1,587.38 |
| 8 | CAPITAL ONE AUTO FINANCE<br>»» 008 | Secured Creditors | $655.08 | $0.00 | $655.08 |
| 9 | BERKHEIMER TAX ADMINISTRATOR<br>»» 09P | Priority Crediors | $140.30 | $0.00 | $140.30 |
| 10 | BERKHEIMER TAX ADMINISTRATOR<br>»» 09U | Unsecured Creditors | $89.10 | $0.00 | $89.10 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $1,215.21 | $0.00 | $1,215.21 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $3,172.22 | $0.00 | $3,172.22 |
| 13 | SYSTEMS & SERVICES TECH INC<br>»» 012 | Unsecured Creditors | $2,903.35 | $0.00 | $2,903.35 |
| 14 | PA HOUSING FINANCE AGENCY<br>»» 013 | Mortgage Arrears | $3,696.03 | $0.00 | $3,696.03 |

**Chapter 13 Case No. 19-14896-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | BECKET & LEE, LLP<br>»» 014 | Unsecured Creditors | $1,634.95 | $0.00 | $1,634.95 |
| 16 | MIDLAND CREDIT MANAGEMENT, INC.<br>»» 015 | Unsecured Creditors | $1,625.13 | $0.00 | $1,625.13 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $1,454.83 | $0.00 | $1,454.83 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $2,410.49 | $0.00 | $2,410.49 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $2,685.86 | $0.00 | $2,685.86 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $496.77 | $0.00 | $496.77 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $2,202.90 | $0.00 | $2,202.90 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $1,080.12 | $0.00 | $1,080.12 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $1,725.39 | $0.00 | $1,725.39 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $2,068.57 | $0.00 | $2,068.57 |
| 25 | LENDING CLUB CORPORATION<br>»» 024 | Unsecured Creditors | $698.32 | $0.00 | $698.32 |
| 26 | DEPARTMENT STORE NATIONAL BANK<br>»» 025 | Unsecured Creditors | $1,201.40 | $0.00 | $1,201.40 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 026 | Unsecured Creditors | $685.88 | $0.00 | $685.88 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 027 | Unsecured Creditors | $2,499.84 | $0.00 | $2,499.84 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/12/2020:

| | | | | |
|---|---|---|---|---|
| Total Receipts: | $1,980.00 | | Current Monthly Payment: | $180.00 |
| Paid to Claims: | $1,636.38 | | Arrearages: | $180.00 |
| Paid to Trustee: | $181.62 | | Total Plan Base: | $10,800.00 |
| Funds on Hand: | $162.00 | | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.