UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: Amanda K. Joas | : | 19-14896-pmm |
|    *aka* Amanda Katherine Joas | : | Chapter 13 |
|    *aka* Amanda Joas | : | |
|                          Debtor(s) | : | |
| | : | |
| Pennsylvania Housing Finance Agency | : | |
|                         Movant | : | |
| vs. | : | |
| | : | |
| Amanda K. Joas | : | |
| *aka* Amanda Katherine Joas | : | |
| *aka* Amanda Joas | : | |
|                         Debtor(s) | : | |
| | : | |
| Scott F. Waterman | : | |
|                         Trustee | : | |

### ANSWER TO MOTION OF PENNSYLVANIA HOUSING FINANCE AGENCY FOR RELIEF FROM THE AUTOMATIC STAY UNDER SECTION 362

AND NOW COMES Debtor, by and through her attorneys, and in Answer to the Motion of Pennsylvania Housing Finance Agency for Relief from Stay avers:

1. Admitted.

2. Admitted.

3. Denied. Debtor lacks sufficient information and belief to admit or deny the averments of paragraph 3 and such are therefore denied.

4. Admitted.

5. Admitted.

6. Denied. Debtor lacks sufficient information and belief to admit or deny the averments of paragraph 6 and such are therefore denied.

7. Denied. Debtor lacks sufficient information and belief to admit or deny the averments of paragraph 6 and such are therefore denied.

8. Denied to the extent the averments of paragraph 8 are anything other than a statement or conclusion of law that does not require a response.

9. Denied to the extent the averments of paragraph 9 are anything other than a statement or conclusion of law that does not require a response.

WHEREFORE, Debtor respectfully prays this Honorable Court for an Order that the Motion of Pennsylvania Housing Finance Agency for relief from stay be denied and for such other and further relief as the Honorable Court deems just and appropriate.

**NEWMAN WILLIAMS, P.C.**

By: /s/ Robert J. Kidwell
Robert J. Kidwell, Esquire
Attorney for Debtor
PO Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090; fax (570) 424-9739
rkidwell@newmanwilliams.com