United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Amanda K. Joas  
    Debtor

Case No. 19-14896-pmm  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 2  
Date Rcvd: Jun 15, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 17, 2021:**

**Recip ID**      **Recipient Name and Address**  
db      + Amanda K. Joas, 326 Pennsylvania Avenue, Bangor, PA 18013-1927

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 17, 2021      Signature:      /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 15, 2021 at the address(es) listed below:

**Name**      **Email Address**

JASON BRETT SCHWARTZ  
     on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com

KEVIN G. MCDONALD  
     on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

LEON P. HALLER  
     on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com

REBECCA ANN SOLARZ  
     on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com

ROBERT JOSEPH KIDWELL  
     on behalf of Debtor Amanda K. Joas rkidwell@newmanwilliams.com

SCOTT F. WATERMAN (Chapter 13)  
     ECFMail@ReadingCh13.com

District/off: 0313-4 | User: admin | Page 2 of 2
Date Rcvd: Jun 15, 2021 | Form ID: pdf900 | Total Noticed: 1

Scott F Waterman
    on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
    USTPRegion03.PH.ECF@usdoj.gov

VINCENT RUBINO
    on behalf of Debtor Amanda K. Joas vrubino@newmanwilliams.com
    mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com

TOTAL: 9

**UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re: Amanda K. Joas,** | : | Chapter 13 |
| | : | |
| | : | Case No. 19-14896 (PMM) |
| | : | |
| **Debtor.** | : | |

**O R D E R**

**AND NOW**, upon consideration of the Motion for Relief from Stay (doc. #39, "the Motion"), seeking relief pursuant to 11 U.S.C. §362;

**AND**, the parties having reported the matter settled with a stipulation memorializing the settlement agreement to be filed with the Court within thirty (30) days ("the Stipulation");

It is hereby **ORDERED** that:

1. On or before **July 15, 2021**, the parties shall either file the Stipulation or file a notice relisting the Motion for hearing.

2. Failure to comply timely with Paragraph 1 above, may result in denial of the Motion without further notice or hearing.

*Patricia M. Mayer*

**Date: 6/15/21**

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**