| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2020 to 06/09/2021
**Chapter 13 Case No. 19-14896-PMM**

AMANDA K. JOAS
326 PENNSYLVANIA AVENUE
BANGOR  PA    18013

Petition Filed Date: 08/02/2019
341 Hearing Date: 09/17/2019
Confirmation Date: 04/09/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 02/03/2020 | $180.00 | | 02/28/2020 | $180.00 | | 03/30/2020 | $180.00 | |
| 04/28/2020 | $180.00 | | 05/29/2020 | $180.00 | | 06/29/2020 | $180.00 | |
| 07/28/2020 | $180.00 | | 08/28/2020 | $180.00 | | 09/28/2020 | $180.00 | |
| 10/28/2020 | $180.00 | | 12/01/2020 | $180.00 | | 12/29/2020 | $180.00 | |
| 01/28/2021 | $180.00 | | 03/01/2021 | $180.00 | | 03/29/2021 | $180.00 | |
| 04/28/2021 | $180.00 | | 06/01/2021 | $180.00 | | | | |

**Total Receipts for the Period: $3,060.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $3,780.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| | CLAIMS AND DISTRIBUTIONS | | | | |
|---|---|---|---|---|---|
| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $3,500.00 | $3,294.18 | $205.82 |
| 1 | DISCOVER BANK »» 001 | Unsecured Creditors | $6,331.58 | $0.00 | $6,331.58 |
| 2 | AMERICAN INFOSOURCE LP »» 002 | Unsecured Creditors | $2,576.89 | $0.00 | $2,576.89 |
| 3 | AMERICAN INFOSOURCE LP »» 003 | Unsecured Creditors | $974.66 | $0.00 | $974.66 |
| 4 | LVNV FUNDING LLC »» 004 | Unsecured Creditors | $481.53 | $0.00 | $481.53 |
| 5 | LVNV FUNDING LLC »» 005 | Unsecured Creditors | $321.51 | $0.00 | $321.51 |
| 6 | MERRICK BANK »» 006 | Unsecured Creditors | $2,343.75 | $0.00 | $2,343.75 |
| 7 | US BANK NA »» 007 | Unsecured Creditors | $1,587.38 | $0.00 | $1,587.38 |
| 8 | CAPITAL ONE AUTO FINANCE »» 008 | Secured Creditors | $655.08 | $0.00 | $655.08 |
| 9 | BERKHEIMER TAX ADMINISTRATOR »» 09P | Priority Crediors | $140.30 | $0.00 | $140.30 |
| 10 | BERKHEIMER TAX ADMINISTRATOR »» 09U | Unsecured Creditors | $89.10 | $0.00 | $89.10 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC »» 010 | Unsecured Creditors | $1,215.21 | $0.00 | $1,215.21 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC »» 011 | Unsecured Creditors | $3,172.22 | $0.00 | $3,172.22 |
| 13 | SYSTEMS & SERVICES TECH INC »» 012 | Unsecured Creditors | $2,903.35 | $0.00 | $2,903.35 |

**Chapter 13 Case No. 19-14896-PMM**

| 14 | PA HOUSING FINANCE AGENCY »» 013 | Mortgage Arrears | $3,696.03 | $0.00 | $3,696.03 |
| --- | --- | --- | --- | --- | --- |
| 15 | BECKET & LEE, LLP »» 014 | Unsecured Creditors | $1,634.95 | $0.00 | $1,634.95 |
| 16 | MIDLAND CREDIT MANAGEMENT, INC. »» 015 | Unsecured Creditors | $1,625.13 | $0.00 | $1,625.13 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES »» 016 | Unsecured Creditors | $1,454.83 | $0.00 | $1,454.83 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES »» 017 | Unsecured Creditors | $2,410.49 | $0.00 | $2,410.49 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES »» 018 | Unsecured Creditors | $2,685.86 | $0.00 | $2,685.86 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES »» 019 | Unsecured Creditors | $496.77 | $0.00 | $496.77 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES »» 020 | Unsecured Creditors | $2,202.90 | $0.00 | $2,202.90 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES »» 021 | Unsecured Creditors | $1,080.12 | $0.00 | $1,080.12 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES »» 022 | Unsecured Creditors | $1,725.39 | $0.00 | $1,725.39 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES »» 023 | Unsecured Creditors | $2,068.57 | $0.00 | $2,068.57 |
| 25 | LENDING CLUB CORPORATION »» 024 | Unsecured Creditors | $698.32 | $0.00 | $698.32 |
| 26 | DEPARTMENT STORE NATIONAL BANK »» 025 | Unsecured Creditors | $1,201.40 | $0.00 | $1,201.40 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES »» 026 | Unsecured Creditors | $685.88 | $0.00 | $685.88 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES »» 027 | Unsecured Creditors | $2,499.84 | $0.00 | $2,499.84 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 6/9/2021:

| | | | |
| --- | --- | --- | --- |
| Total Receipts: | $3,780.00 | Current Monthly Payment: | $180.00 |
| Paid to Claims: | $3,294.18 | Arrearages: | $180.00 |
| Paid to Trustee: | $323.82 | Total Plan Base: | $10,800.00 |
| Funds on Hand: | $162.00 | | |

**NOTES:**

• **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!** Visit www.readingch13.com/payments/ for more information.

• Your case information is available to view online at the National Data Center. Please visit www.ndc.org.