**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE:
AMANDA K. JOAS,                                :     CHAPTER 13
a/k/a AMANDA KATHERINE JOAS,    :
a/k/a AMANDA JOAS,                          :     CASE NO. 19-14896
       Debtor                                          :

**CERTIFICATION OF NO RESPONSE:**
**MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION**

The undersigned Attorney for Debtor **AMANDA K. JOAS** in the above-captioned matter, hereby certifies that the **Motion to Modify Chapter 13 Plan after Confirmation** was filed on June 28, 2021, and that the Motion and related **Notice of Motion Response Deadline and Hearing** was properly served on the Chapter 13 Trustee on June 28, 2021, which set a July 29, 2021, Response Deadline (30 days from service). The undersigned further certifies that no Response to the **Motion to Modify Chapter 13 Plan after Confirmation** has been filed. Debtor **AMANDA K. JOAS** is therefore entitled to have an Order issued granting the **Motion to Modify Chapter 13 Plan after Confirmation,** as filed with this Certification.

                                           /s/ Vincent Rubino
                                           VINCENT RUBINO, ESQUIRE
                                           Attorneys for Movant/Debtor
                                           Attorney I.D. No. 49628
                                           P.O. Box 511, 712 Monroe Street
                                           Stroudsburg, PA 18360
                                           (570) 421-9090, fax (570) 424-9739
                                           vrubino@newmanwilliams.com