VR/MAG

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: 
AMANDA K. JOAS,                                   :    CHAPTER 13
a/k/a AMANDA KATHERINE JOAS,       :
a/k/a AMANDA JOAS,                             :    CASE NO. 19-14896
    Debtor                                               :

## ORDER GRANTING
## MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION

AND NOW, upon consideration of Debtor's Motion to Modify Chapter 13 Plan After Confirmation, Debtor's Second Amended Chapter 13 Plan, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Debtor's Motion to Modify Chapter 13 Plan After Confirmation is GRANTED. It is further **ORDERED** that ~~the amendments in the Second Amended Chapter 13 Plan filed in conjunction with Debtor's Motion to Modify Chapter 13 Plan After Confirmation are hereby APPROVED, and Debtor's Second Amended Chapter 13 Plan is hereby ADOPTED as the Confirmed Chapter 13 Plan, as Modified.~~

Debtor's Modified Plan filed on July 16, 2021 (doc. no. 52) is hereby CONFIRMED.

*Patricia M. Mayer*

**Date: July 30, 2021**                                   Patricia M. Mayer, Judge
                                                        United States Bankruptcy Court