United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                              Case No. 19-14896-pmm

Amanda K. Joas                                                                      Chapter 13

      Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-4 | User: admin | Page 1 of 2 |
|---|---|---|
| Date Rcvd: Jul 30, 2021 | Form ID: pdf900 | Total Noticed: 1 |

The following symbols are used throughout this certificate:

**Symbol     Definition**

+           Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 01, 2021:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Amanda K. Joas, 326 Pennsylvania Avenue, Bangor, PA 18013-1927 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 01, 2021                          Signature:          /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 30, 2021 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance  a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| ROBERT JOSEPH KIDWELL | on behalf of Debtor Amanda K. Joas rkidwell@newmanwilliams.com |
| SCOTT F. WATERMAN (Chapter 13) | ECFMail@ReadingCh13.com |

District/off: 0313-4                          User: admin                                    Page 2 of 2
Date Rcvd: Jul 30, 2021                       Form ID: pdf900                                 Total Noticed: 1

Scott F Waterman
                        on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
                        USTPRegion03.PH.ECF@usdoj.gov

VINCENT RUBINO
                        on behalf of Debtor Amanda K. Joas vrubino@newmanwilliams.com
                        mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com


TOTAL: 9

VR/MAG

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
AMANDA K. JOAS,                                    :          CHAPTER 13
a/k/a AMANDA KATHERINE JOAS,                       :
a/k/a AMANDA JOAS,                                 :          CASE NO. 19-14896
            Debtor                                 :

**ORDER GRANTING**
**MOTION TO MODIFY CHAPTER 13 PLAN AFTER CONFIRMATION**

AND NOW, upon consideration of Debtor's Motion to Modify Chapter 13 Plan After

Confirmation, Debtor's Second Amended Chapter 13 Plan, and after Notice to all creditors and

parties in interest, it is hereby **ORDERED** that the Debtor's Motion to Modify Chapter 13 Plan

After Confirmation is GRANTED.  It is further **ORDERED** that ~~the amendments in the Second~~

~~Amended Chapter 13 Plan filed in conjunction with Debtor's Motion to Modify Chapter 13 Plan~~

~~After Confirmation are hereby APPROVED, and Debtor's Second Amended Chapter 13 Plan is~~

~~hereby ADOPTED as the Confirmed Chapter 13 Plan, as Modified.~~

Debtor's Modified Plan filed on July 16, 2021 (doc. no. 52) is hereby CONFIRMED.

_____
**Date: July 30, 2021**                                  Patricia M. Mayer, Judge
                                                United States Bankruptcy Court