**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **AMANDA K. JOAS**, | : | |
| aka Amanda Katherine Joas, | : | Bankruptcy No.19-14896 |
| aka Amanda Joas, | : | |
| Debtor | : | |

**CERTIFICATION OF NO OBJECTION TO**
**APPLICATION OF ATTORNEY FOR CHAPTER 13 DEBTOR FOR**
**ADMINISTRATIVE COMPENSATION AND REIMBURSEMENT OF EXPENSES**

AND NOW comes Attorney, Robert J. Kidwell, Esquire, of NEWMAN WILLIAMS, P.C., hereby certifies the following:

1. On September 16, 2021, the undersigned filed an Application of Attorney for Chapter 13 Debtor for Administrative Compensation and Reimbursement of Expenses which was served on the Creditors Matrix, Chapter 13 Trustee and US Trustee.

2. According to the Notice of Application Response Deadline, all Answers, Objections or other responses thereto were due on October 7, 2021.

3. As of October 8, 2021, no Objections to the Application of Attorney for Chapter 13 Debtor for Administrative Compensation and Reimbursement of Expenses have been filed with your Honorable Court.

4. None of the compensation paid to applicant will be shared with any person other than a member or regular associate or partner of applicant's law firm unless 11 U.S.C. §504(c) applies.

**WHEREFORE,** your Applicant respectfully requests an Order granting the requested administrative compensation in the amount of $500.00 and reimbursement of expenses in the amount of $0.00 pursuant to 11 U.S.C. §330.

Dated: October 8, 2021                                    **NEWMAN WILLIAMS, P.C.**

                                                      By: /s/ Robert J. Kidwell
                                                          ROBERT J. KIDWELL, ESQUIRE
                                                          Attorney for Debtor
                                                          PO Box 511, 712 Monroe Street
                                                          Stroudsburg, PA 18360
                                                          (570) 421-9090; fax (570) 424-9739
                                                          rkidwell@newmanwilliams.com