**UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

In re: : Chapter 13
    **AMANDA K. JOAS,** :
    aka Amanda Katherine Joas, : Bankruptcy No.19-14896
    aka Amanda Joas, :
        Debtor :

**TIME ENTRIES IN SUPPORT OF FEE APPLICATION**
**FOR FEES RELATED TO PREPARATION OF SECOND AMENDED CHAPTER 13 PLAN**

| DATE | SERVICE PROVIDED | BY | TIME |
|---|---|---|---|
| 5/27/2021 | Telephone conference with Ms. Joas to discuss problems with mortgage payments. Decision for RJK to communicate with Attorney for PHFA. | RJK | .50 |
| 5/29/2021 | Email to Rebecca Solarz, attorney for PHFA, regarding Debtor's mortgage arrears. | RJK | 0.20 |
| 6/1/2021 | Telephone Call with Rebecca Solarz, attorney for PHFA, regarding Debtor's mortgage arrears. | RJK | 0.30 |
| 6/9/2021 | Review and signing of Stipulation resolving post-petition mortgage arrears via Amended Chapter 13 Plan. | RJK | 0.30 |
| 6/16/2021 | Preparation of Amended Chapter 13 Plan, Motion to Amend, Notice and Preposed Order. Call to client to arrange for her signature. | VR | 0.90 |
| * | No fees assessed for staff time involved with communications with client and e-filing. | * | 0.0 |

**Total Attorney Time  2.2  hours x $350/hour**

= **$770.00**

**Legal Fee Requested in Second**
**Amended Chapter 13 Plan:** **$500.00**

Exhibit "B"