IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **AMANDA K. JOAS**, | : | |
| aka Amanda Katherine Joas, | : | Bankruptcy No.19-14896 |
| aka Amanda Joas, | : | |
| Debtor | : | (PMM) |

## ORDER GRANTING APPLICATION
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Application for Compensation and Reimbursement of Expenses is GRANTED.  It is further **ORDERED** that Compensation and Reimbursement requested by the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor be and is hereby APPROVED, and Compensation of $500.00 is hereby awarded to Attorneys for Debtor and may be paid pursuant to the terms of the confirmed Plan.

Dated: 10/18/21

*Patricia M. Mayer*

Hon. Patricia M. Mayer
U.S. Bankruptcy Judge