UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

June 1, 2022

To: **Counsel on Record**


In re: **Debtor**
Bankruptcy No. **19-14896**
Adversary No.
Chapter **13**

Re: Application for Compensation

The above pleading was filed in this office on **04/14/2022.**
Please be advised that the following document(s) has not been
filed as required pursuant to the Federal Rules of Bankruptcy
Procedure and/or the Local Rules of this court:

        ()    Affidavit
        ()    Certificate of Service
        **(XX)  Certification of no response**
        ()    Notice pursuant to Rule 9019
        ()    Notice pursuant to Rule 2002
        ()    Notice pursuant to Rule 3007.1
        ()    Proof of Claim number not noted on
              objection pursuant to Rule 3007.1(a)
        ()    Proposed Order
        ()    Stipulation
        ()    Certification of Default
        ()    Other


In order for this matter to proceed to disposition, please submit
the above noted item(s) to this office within fourteen (14) days
from the date of this notice.  Otherwise, the matter will be
referred to the Court.

                    Timothy B. McGrath
                    Clerk



                    By: <u>Antoinette Stevenson</u>
                        Deputy Clerk

status.frm
(rev. 11/26/2018)