# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: **AMANDA K. JOAS**, | : | Chapter 13 |
| a/k/a Amanda Katherine Joas, | : | Case No. **19-14896** |
| a/k/a Amanda Joas, | : | Motion to |
| Debtor. | : | Modify Confirmed Plan |
| | : | **Hearing Date:** |
| | : | **June 23, 2022 at 10:00 a.m.** |
| | : | Fourth Floor Courtroom |
| | : | U.S. Bankruptcy Court |
| | : | 201 Penn Street, Suite 103 |
| | : | Reading, PA, 19601 |

## CERTIFICATE OF NO RESPONSE:
## MOTION TO MODIFY CONFIRMED PLAN

The undersigned Attorney for Debtor **AMANDA K. JOAS** in the above-captioned matter, hereby certifies that the **Motion to Modify Confirmed Plan** was filed on May 19, 2022, and that the Motion and related **Notice of Motion, Response Deadline and Hearing Date** was properly served on the all creditors and parties in interest on May 19, 2022, which set a June 9, 2022 Response Deadline. The undersigned further certifies that no Response to the **Motion to Modify Confirmed Plan** has been filed. Debtor **AMANDA K. JOAS** is therefore entitled to have an Order issued granting the **Motion to Modify Confirmed Plan,** as filed with this Certification.

/s/ Robert J. Kidwell
ROBERT J. KIDWELL, ESQUIRE
Attorneys for Movant/Debtor
Attorney I.D. No. 206555
P.O. Box 511, 712 Monroe Street
Stroudsburg, PA 18360
(570) 421-9090, fax (570) 424-9739
rkidwell@newmanwilliams.com