IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| AMANDA K. JOAS, | : | |
| a/k/a AMANDA KATHERINE JOAS, | : | Case No. 19-14896 |
| a/k/a AMANDA JOAS, | : | |
| Debtor(s) | : | |

PRAECIPE TO WITHDRAW CERTIFICATE OF NO RESPONSE

TO THE CLERK:

Kindly withdraw the Certificate of No Response, Docket #84, inadvertently filed on June 2, 2022 which was before the response deadline.

**DATED**: June 7, 2022

  /s/ Robert J. Kidwell  
Robert J. Kidwell, Esq.
Attorney ID #206555
Attorney for Debtor