IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: | : | Chapter 13 |
| AMANDA K. JOAS, | : | |
| a/k/a AMANDA KATHERINE JOAS, | : | Case No. 19-14896 |
| a/k/a AMANDA JOAS, | : | |
|     Debtor(s) | : | |

### PRAECIPE TO WITHDRAW MOTION TO AMEND CONFIRMED PLAN

TO THE CLERK:

    Kindly withdraw the Motion to Amend Confirmed Plan, Docket #73, filed on April 21, 2022.

**DATED**: June 23, 2022

                                                                                                      /s/ Robert J. Kidwell
                                                                                   Robert J. Kidwell, Esq.
                                                                                   Attorney ID #206555
                                                                                   Attorney for Debtor