# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: Amanda K. Joas, | : | Chapter 13 |
| | : | |
| | : | Case No. 19-14896 (PMM) |
| | : | |
| Debtor. | : | |

## ORDER GRANTING MOTION TO MODIFY PLAN

**AND NOW** upon consideration of the Motion to Modify the confirmed chapter 13 Plan (doc. # 79, the "Motion");

It is hereby **ordered** that

1) The Motion is **granted**; and

2) The Modified Plan (doc. # 81) is **approved**.

Date:  6/24/22

_____
**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**