IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **AMANDA K. JOAS**, | : | |
| aka Amanda Katherine Joas, | : | Bankruptcy No.  19-14896-pmm |
| aka Amanda Joas, | : | |
| Debtor | : | |

**ORDER GRANTING APPLICATION
FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES**

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Application for Compensation and Reimbursement of Expenses is GRANTED.  It is further **ORDERED** that Compensation and Reimbursement requested by the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor be and is hereby APPROVED, and Compensation of $500.00 is hereby awarded to Attorneys for Debtor as an administrative expense claim.  The Chapter 13 Trustee is hereby authorized to distribute $500.00 to NEWMAN WILLIAMS, P.C. to the extent permitted by the confirmed Plan.

Dated: 7/13/22

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge