United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 19-14896-pmm |
| Amanda K. Joas | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

District/off: 0313-4 User: admin Page 1 of 2
Date Rcvd: Jul 13, 2022 Form ID: pdf900 Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol    Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | + Amanda K. Joas, 326 Pennsylvania Avenue, Bangor, PA 18013-1927 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2022           Signature:       /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| JAMES RANDOLPH WOOD | on behalf of Creditor Bangor Borough Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. jschwartz@mesterschwartz.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com rsolarz@kmllawgroup.com |
| ROBERT JOSEPH KIDWELL | |

| | | |
|---|---|---|
| District/off: 0313-4 | User: admin | Page 2 of 2 |
| Date Rcvd: Jul 13, 2022 | Form ID: pdf900 | Total Noticed: 1 |

on behalf of Debtor Amanda K. Joas rkidwell@newmanwilliams.com

SCOTT F. WATERMAN (Chapter 13)
ECFMail@ReadingCh13.com

Scott F Waterman
on behalf of Trustee SCOTT F. WATERMAN (Chapter 13) ECFMail@ReadingCh13.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

VINCENT RUBINO
on behalf of Debtor Amanda K. Joas vrubino@newmanwilliams.com
mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com

TOTAL: 10

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| **AMANDA K. JOAS**, | : | |
| aka Amanda Katherine Joas, | : | Bankruptcy No.  19-14896-pmm |
| aka Amanda Joas, | : | |
| Debtor | : | |

## ORDER GRANTING APPLICATION
## FOR COMPENSATION AND REIMBURSEMENT OF EXPENSES

AND NOW, upon consideration of the Application for Compensation and Reimbursement of Expenses, and after Notice to all creditors and parties in interest, it is hereby **ORDERED** that the Application for Compensation and Reimbursement of Expenses is GRANTED.  It is further **ORDERED** that Compensation and Reimbursement requested by the Application for Compensation and Reimbursement of Expenses of Attorneys for Debtor be and is hereby APPROVED, and Compensation of $500.00 is hereby awarded to Attorneys for Debtor as an administrative expense claim.  The Chapter 13 Trustee is hereby authorized to distribute $500.00 to NEWMAN WILLIAMS, P.C. to the extent permitted by the confirmed Plan.

_____
Hon. Patricia M. Mayer
U.S. Bankruptcy Judge

Dated: 7/13/22