Office Mailing Address:  
Scott F. Waterman, Trustee  
2901 St. Lawrence Avenue, Suite 100  
Reading, PA 19606

Send Payments **ONLY** to:  
Scott F. Waterman, Trustee  
P.O. Box 680  
Memphis, TN 38101-0680

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024  
**Chapter 13 Case No. 19-14896-PMM**

AMANDA K. JOAS  
326 PENNSYLVANIA AVENUE  
BANGOR  PA    18013

Petition Filed Date: 08/02/2019  
341 Hearing Date: 09/17/2019  
Confirmation Date: 04/09/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/21/2023 | $544.00 | | 09/29/2023 | $544.00 | | 11/13/2023 | $544.00 | |
| 12/11/2023 | $544.00 | | 02/02/2024 | $544.00 | | 03/01/2024 | $544.00 | |
| 04/01/2024 | $544.00 | | 04/30/2024 | $544.00 | | 06/07/2024 | $544.00 | |
| 07/09/2024 | $544.00 | | | | | | | |

**Total Receipts for the Period: $5,440.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,820.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $3,500.00 | $3,500.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $6,331.58 | $0.00 | $6,331.58 |
| 2 | CAPITAL ONE BANK (USA) NA<br>»» 002 | Unsecured Creditors | $2,576.89 | $0.00 | $2,576.89 |
| 3 | CAPITAL ONE BANK (USA) NA<br>»» 003 | Unsecured Creditors | $974.66 | $0.00 | $974.66 |
| 4 | LVNV FUNDING LLC<br>»» 004 | Unsecured Creditors | $481.53 | $0.00 | $481.53 |
| 5 | LVNV FUNDING LLC<br>»» 005 | Unsecured Creditors | $321.51 | $0.00 | $321.51 |
| 6 | MERRICK BANK<br>»» 006 | Unsecured Creditors | $2,343.75 | $0.00 | $2,343.75 |
| 7 | US BANK NA<br>»» 007 | Unsecured Creditors | $1,587.38 | $0.00 | $1,587.38 |
| 8 | CAPITAL ONE AUTO FINANCE<br>»» 008 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 9 | BERKHEIMER TAX ADMINISTRATOR<br>»» 09P | Priority Crediors | $140.30 | $140.30 | $0.00 |
| 10 | BERKHEIMER TAX ADMINISTRATOR<br>»» 09U | Unsecured Creditors | $89.10 | $0.00 | $89.10 |
| 11 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 010 | Unsecured Creditors | $1,215.21 | $0.00 | $1,215.21 |
| 12 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 011 | Unsecured Creditors | $3,172.22 | $0.00 | $3,172.22 |
| 13 | SYSTEMS & SERVICES TECH INC<br>»» 012 | Unsecured Creditors | $2,903.35 | $0.00 | $2,903.35 |
| 14 | PA HOUSING FINANCE AGENCY<br>»» 013 | Mortgage Arrears | $3,696.03 | $3,503.50 | $192.53 |

Document    Page 2 of 3

**Chapter 13 Case No. 19-14896-PMM**

| | | | | | |
|---|---|---|---|---|---|
| 15 | CAPITAL ONE NA<br>»» 014 | Unsecured Creditors | $1,634.95 | $0.00 | $1,634.95 |
| 16 | MIDLAND CREDIT MANAGEMENT, INC.<br>»» 015 | Unsecured Creditors | $1,625.13 | $0.00 | $1,625.13 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 016 | Unsecured Creditors | $1,454.83 | $0.00 | $1,454.83 |
| 18 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 017 | Unsecured Creditors | $2,410.49 | $0.00 | $2,410.49 |
| 19 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 018 | Unsecured Creditors | $2,685.86 | $0.00 | $2,685.86 |
| 20 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 019 | Unsecured Creditors | $496.77 | $0.00 | $496.77 |
| 21 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 020 | Unsecured Creditors | $2,202.90 | $0.00 | $2,202.90 |
| 22 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 021 | Unsecured Creditors | $1,080.12 | $0.00 | $1,080.12 |
| 23 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 022 | Unsecured Creditors | $1,725.39 | $0.00 | $1,725.39 |
| 24 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 023 | Unsecured Creditors | $2,068.57 | $0.00 | $2,068.57 |
| 25 | LENDINGCLUB CORPORATION<br>»» 024 | Unsecured Creditors | $698.32 | $0.00 | $698.32 |
| 26 | DEPARTMENT STORE NATIONAL BANK<br>»» 025 | Unsecured Creditors | $1,201.40 | $0.00 | $1,201.40 |
| 27 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 026 | Unsecured Creditors | $685.88 | $0.00 | $685.88 |
| 28 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 027 | Unsecured Creditors | $2,499.84 | $0.00 | $2,499.84 |
| 29 | PA HOUSING FINANCE AGENCY<br>»» 13P | Mortgage Arrears | $9,493.32 | $8,998.79 | $494.53 |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 0 | VINCENT RUBINO ESQ | Attorney Fees | $500.00 | $500.00 | $0.00 |
| 30 | ALLIED CHIROPRACTIC CENTER | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 31 | BETHLEHEM PARKING AUTHORITY | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 32 | BOROUGH OF BANGOR | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 33 | CREDO | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 34 | FEDERAL LOAN SERVICING CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 35 | JOSEPH MANN & CREED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 36 | LVNV FUNDING | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 37 | MERCURY CARD/FB&T/TSYS | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 38 | NATIONWIDE CREDIT INC | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 39 | PORTFOLIO RECOVERY ASSOCIATES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 40 | ST LUKE'S UNIVERSITY HEALTH NETWORK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 19-14896-PMM**

**SUMMARY**

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,820.00 | Current Monthly Payment: | $544.00 |
| Paid to Claims: | $17,142.59 | Arrearages: | $1,088.00 |
| Paid to Trustee: | $1,677.41 | Total Plan Base: | $19,908.00 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more  information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.