United States Bankruptcy Court
Eastern District of Pennsylvania

In re:     Case No. 19-14896-pmm
Amanda K. Joas     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-4     User: admin     Page 1 of 4
Date Rcvd: Oct 15, 2024     Form ID: 138OBJ     Total Noticed: 63

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 17, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Amanda K. Joas, 326 Pennsylvania Avenue, Bangor, PA 18013-1927 |
| 14368181 | | Allied Chiropractic Center, 1651 Northampton Street, Whitehall, PA 18052 |
| 14368182 | + | Allied Interstate, PO Box 361445, Columbus, OH 43236-1445 |
| 14673246 | + | Bangor Borough Authority, c/o JAMES RANDOLPH WOOD, Portnoff Law Associates, Ltd., 2700 Horizon Drive, Suite 100 King of Prussia, PA 19406-2726 |
| 14673203 | + | Bangor Borough Authority, c/o James R. Wood, Esquire, 2700 Horizon Drive, Suite 100, King of Prussia, PA 19406-2726 |
| 14368185 | + | Berkheimer Tax Administration, 50 North Seventh Street, Bangor, PA 18013-1795 |
| 14381682 | + | Berkheimer, Agent for Bangor Borough, c/o David R. Gordon, Esq., 1883 Jory Road, Pen Argyl, PA 18072-9652 |
| 14368186 | + | Bethlehem Parking Authority, 85 W North Street, Bethlehem, PA 18018-3920 |
| 14368187 | + | Borough of Bangor, 197 Pennsylvania Avenue, Bangor, PA 18013-1922 |
| 14368195 | | Creditech, PO Box 20330, Lehigh Valley, PA 18002-0330 |
| 14368196 | + | Creditech, PO Box 99, Bangor, PA 18013-0099 |
| 14368218 | ++ | FINANCIAL INSTITUTION LENDING OPTIONS, 550 BAY VIEW RD STE A, PO BOX 750, MUKWONAGO WI 53149-0750 address filed with court:, SST, PO Box 3999, Saint Joseph, MO 64503-0999 |
| 14368200 | + | Federal Loan Servicing Credit, PO Box 60610, Harrisburg, PA 17106-0610 |
| 14383028 | | PENNSYLVANIA HOUSING FINANCE AGENCY, c/o KEVIN G. MCDONALD, KML LAW GROUP, P.C., 701 Market St. Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 14

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | + | Email/Text: taxclaim@countyofberks.com | Oct 16 2024 03:37:00 | Tax Claim Bureau, 633 Court Street, Second Floor, Reading, PA 19601-4300 |
| smg | + | Email/Text: usapae.bankruptcynotices@usdoj.gov | Oct 16 2024 03:37:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| 14368183 | | Email/Text: bankruptcies@arsigroup.com | Oct 16 2024 03:37:00 | ARSI, Corp Headquarters, 555 St Charles Dr Ste 100, Thousand Oaks, CA 91360 |
| 14368184 | + | Email/Text: BarclaysBankDelaware@tsico.com | Oct 16 2024 03:37:00 | Barclays Bank, PO Box 8803, Wilmington, DE 19899-8803 |
| 14368193 | | Email/Text: correspondence@credit-control.com | Oct 16 2024 03:37:00 | Credit Control LLC, PO Box 31179, Tampa, FL 33631 |
| 14368188 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 16 2024 03:45:13 | Capital One, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14368189 | | Email/PDF: acg.coaf.ebn@aisinfo.com | Oct 16 2024 03:45:27 | Capital One Auto Finance, PO Box 60511, City of Industry, CA 91716-0511 |
| 14370376 | + | Email/PDF: acg.acg.ebn@aisinfo.com | | |

Case 19-14896-pmm    Doc 122    Filed 10/17/24    Entered 10/18/24 00:56:11    Desc
Imaged Certificate of Notice    Page 2 of 5

| District/off: 0313-4 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Oct 15, 2024 | Form ID: 138OBJ | Total Noticed: 63 |

| | | | |
|---|---|---|---|
| 14381599 | + Email/PDF: acg.acg.ebn@aisinfo.com | Oct 16 2024 03:45:27 | Capital One Auto Finance, a division of, AIS Portfolio Services, LP, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14371835 | + Email/PDF: ebn_ais@aisinfo.com | Oct 16 2024 03:45:15 | Capital One Auto Finance, a division of Capital On, 4515 N Santa Fe Ave. Dept. APS, Oklahoma City, OK 73118-7901 |
| 14394906 | Email/PDF: bncnotices@becket-lee.com | Oct 16 2024 03:45:22 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14368191 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 16 2024 03:45:18 | Capital One, N.A., c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14368190 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 16 2024 03:37:00 | Comenity Bank, Bankruptcy Dept, PO Box 183043, Columbus, OH 43218-3043 |
| 14368192 | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 16 2024 03:37:00 | Comenity Bank, Bankruptcy Dept, PO Box 182125, Columbus, OH 43218-2125 |
| 14368194 | + Email/PDF: creditonebknotifications@resurgent.com | Oct 16 2024 03:37:00 | Comenity Capital Bank, Bankruptcy Department, PO Box 183043, Columbus, OH 43218-3043 |
| 14368197 | Email/Text: srsbankruptcy@statesrecovery.com | Oct 16 2024 03:45:15 | Credit One Bank, PO Box 98873, Las Vegas, NV 89193-8873 |
| 14368198 | Email/Text: mrdiscen@discover.com | Oct 16 2024 03:37:00 | Credo, c/o States Recovery Systems, 2491 Sunrise Blvd, Rancho Cordova, CA 95670-4344 |
| 14368207 | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 16 2024 03:36:00 | Discover, PO Box 30943, Salt Lake City, UT 84130 |
| 14402250 | Email/Text: bnc-quantum@quantum3group.com | Oct 16 2024 03:45:23 | Macys Recovery, 9111 Duke Blvd, Mason, OH 45040 |
| 14371090 | Email/Text: mrdiscen@discover.com | Oct 16 2024 03:37:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14386062 | + Email/Text: JCAP_BNC_Notices@jcap.com | Oct 16 2024 03:36:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14368201 | + Email/PDF: ais.fpc.ebn@aisinfo.com | Oct 16 2024 03:37:00 | First Financial Investment Fund Holdings, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14368202 | + Email/Text: cs.bankruptcy@jmcbiz.com | Oct 16 2024 03:45:13 | First Premier Bank, 601 S Minnesota Ave, Sioux Falls, SD 57104-4868 |
| 14368203 | Email/Text: PBNCNotifications@peritusservices.com | Oct 16 2024 03:37:00 | Joseph Mann & Creed, Media Collections, 8948 Canyon Falls Blvd Ste 200, Twinsburg, OH 44087-1900 |
| 14368205 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2024 03:36:00 | Kohls/Capital One, PO Box 3115, Milwaukee, WI 53201-3115 |
| 14368206 | + Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2024 03:45:14 | LVNV Funding, PO Box 1269, Greenville, SC 29602-1269 |
| 14373621 | Email/PDF: resurgentbknotifications@resurgent.com | Oct 16 2024 03:45:14 | LVNV Funding, 625 Pilot Road, Suite 3, Las Vegas, NV 89119-4485 |
| 14368204 | + Email/Text: Documentfiling@lciinc.com | Oct 16 2024 03:45:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14401936 | + Email/Text: Documentfiling@lciinc.com | Oct 16 2024 03:36:00 | Lending Club Corp, 71 Stevenson Street, Suite 1000, San Francisco, CA 94105-2967 |
| 14375816 | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 16 2024 03:36:00 | LendingClub Corporation, 595 Market Street, Suite 200, Attn: Bankruptcy, San Francisco, CA 94105-2802 |
| 14368208 | + Email/Text: Mercury@ebn.phinsolutions.com | Oct 16 2024 03:45:17 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| | | Oct 16 2024 03:36:00 | Mercury Card/FB&T, 700 22nd Avenue So, |

Case 19-14896-pmm   Doc 122   Filed 10/17/24   Entered 10/18/24 00:56:11   Desc
Imaged Certificate of Notice   Page 3 of 5

| District/off: 0313-4 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Oct 15, 2024 | Form ID: 138OBJ | Total Noticed: 63 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | | Brookings, SD 57006-2822 |
| 14368209 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 16 2024 03:45:20 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 14368210 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 16 2024 03:37:00 | Midland Credit Management, 350 Camino De La Reina, Suite 100, San Diego, CA 92108-3007 |
| 14394911 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 16 2024 03:37:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 14382856 | ^ | MEBN | Oct 16 2024 03:25:36 | PENNSYLVANIA HOUSING FINANCE AGENCY, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14368213 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 16 2024 03:45:24 | Portfolio Recovery Associates LLC, PO Box 41067, Norfolk, VA 23541-1067 |
| 14389978 | + | Email/Text: blegal@phfa.org | Oct 16 2024 03:37:00 | Pennsylvania Housing Finance Agency, 211 North Front Street, Harrisburg, PA 17101-1406 |
| 14368212 | + | Email/Text: blegal@phfa.org | Oct 16 2024 03:37:00 | Pennsylvania Housing Finance Agency, 2101 North Front Street, Harrisburg, PA 17110-1086 |
| 14385212 | + | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 16 2024 03:37:00 | Premier Bankcard, Llc, Jefferson Capital Systems LLC Assignee, Po Box 7999, Saint Cloud Mn 56302-7999 |
| 14368214 | ^ | MEBN | Oct 16 2024 03:25:32 | Professional Placement Svcs, PO Box 612, Milwaukee, WI 53201-0612 |
| 14368215 | + | Email/Text: ngisupport@radiusgs.com | Oct 16 2024 03:36:00 | Radius Global Solutions, PO Box 390846, Minneapolis, MN 55439-0846 |
| 14368217 | + | Email/Text: ngisupport@radiusgs.com | Oct 16 2024 03:36:00 | Radius Global Solutions, PO Box 390900, Minneapolis, MN 55439-0990 |
| 14368216 | + | Email/Text: ngisupport@radiusgs.com | Oct 16 2024 03:36:00 | Radius Global Solutions, 7831 Glenroy Rd Ste 250-A, Minneapolis, MN 55439-3117 |
| 14387867 | + | Email/PDF: MarletteBKNotifications@resurgent.com | Oct 16 2024 03:45:16 | SST as servicing agent for BorrowersFirst Inc, 4315 Pickett Road, Bankruptcy Department, St. Joseph, Missouri 64503-1600 |
| 14368219 | ^ | MEBN | Oct 16 2024 03:25:52 | St Luke's University Health Network, 801 Ostrum St, Bethlehem, PA 18015-1000 |
| 14368220 | | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 16 2024 03:45:24 | Synchrony Bank, Attn Bankruptcy Dept, PO Box 965061, Orlando, FL 32896-5061 |
| 14368373 | ^ | MEBN | Oct 16 2024 03:25:40 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 14378892 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 16 2024 03:37:00 | U.S. Bank NA dba Elan Financial Services, Bankruptcy Department, PO Box 108, St. Louis, MO 63166-0108 |
| 14368199 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Oct 16 2024 03:37:00 | Elan Financial Services, PO Box 108, Saint Louis, MO 63166 |

TOTAL: 49

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14400097 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14401060 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14368211 | ## | Nationwide Credit Inc, PO Box 14581, Des Moines, IA 50306-3581 |

| District/off: 0313-4 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Oct 15, 2024 | Form ID: 138OBJ | Total Noticed: 63 |

TOTAL: 0 Undeliverable, 2 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309):** Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Oct 17, 2024    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 15, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| DENISE ELIZABETH CARLON | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| JAMES RANDOLPH WOOD | on behalf of Creditor Bangor Borough Authority jwood@portnoffonline.com jwood@ecf.inforuptcy.com |
| JASON BRETT SCHWARTZ | on behalf of Creditor Capital One Auto Finance a division of Capital One, N.A. bkecf@friedmanvartolo.com, bankruptcy@friedmanvartolo.com |
| KEVIN G. MCDONALD | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY bkgroup@kmllawgroup.com |
| LEON P. HALLER | on behalf of Creditor PENNSYLVANIA HOUSING FINANCE AGENCY lhaller@pkh.com dmaurer@pkh.com;mgutshall@pkh.com;khousman@pkh.com |
| ROBERT JOSEPH KIDWELL | on behalf of Debtor Amanda K. Joas rkidwell@newmanwilliams.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| Scott F Waterman | on behalf of Trustee SCOTT F. WATERMAN [Chapter 13] ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| VINCENT RUBINO | on behalf of Debtor Amanda K. Joas vrubino@newmanwilliams.com mdaniels@newmanwilliams.com;lbeaton@newmanwilliams.com;EAP-VR@outlook.com |

TOTAL: 10

***Form 138OBJ*** (6/24)−doc 121 − 114

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | ) | |
| Amanda K. Joas | ) | Case No. 19−14896−pmm |
| aka Amanda Katherine Joas | ) | |
| aka Amanda Joas | ) | |
| | ) | Chapter: 13 |
| Debtor(s). | ) | |
| | ) | |

## NOTICE OF DEADLINE TO OBJECT TO DISCHARGE

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § l328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

Eastern District of Pennsylvania
United States Bankruptcy Court
Office of the Clerk, Gateway Building
201 Penn Street, 1st Floor
Reading, PA 19601

In the absence of any objection, the Court may enter the Order of Discharge.

Date: October 15, 2024

For The Court

Timothy B. McGrath
Clerk of Court